# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS HERNANDEZ-ALONSO,<br><br>Defendant. | Case No. 2:24-cr-0059-APG-DJA<br><br>**ORDER** |

Presently before the Court is Assistant Federal Public Defender Joanne L. Diamon's Motion to Withdraw as Counsel for Defendant. (ECF No. 19). For the reasons stated in the motion, the motion is granted.

IT IS SO ORDERED.

IT IS FURTHER ORDERED the Court will appoint CJA Counsel in this case and directs the CJA Resources Team to assign a CJA Panel Attorney to represent Defendant.

DATED: May 14, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE